

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

May 19, 2023

**Via CM/ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York

  Re: **Zinnamon v. Snake Oil Provisions LLC**
    **Case #: 1:23-cv-02506-JLR**

Dear Judge Rochon:

  We represent the plaintiff in the above matter.  We write to respectfully request that today's due date to submit a joint letter, 45 days after Defendant was served on April 4, be adjourned because Defendant is in default and has not reached out to Plaintiff.  Therefore, the parties have not had an opportunity to jointly prepare our letter.

  Plaintiff has obtained a Certificate of Default on May 4, and has mailed it to Defendant.  We ask for additional time to make contact with Defendant.

  We thank Your Honor and the Court for its kind considerations and courtesies.

            Respectfully submitted,

            *s/ Mark Rozenberg*
            Mark Rozenberg, Esq.